**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Holly Ann CRAWFORD, Petitioner**

**No. 19 MAL 2017**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

**US BANK NATIONAL ASSOCIATION, as Trustee of JP Mortgage Trust 2006–A5, Respondent**

v.

**Maryanne APPLEGATE, Petitioner**

**No. 869 MAL 2016**

Supreme Court of Pennsylvania.

May 23, 2017

## ORDER

PER CURIAM

AND NOW, this 23rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**